IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSEANN BROWN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-2046 |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE CO., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 4). The motion is granted. The initial pretrial and scheduling conference is reset to **January 25, 2013, at 9:30 a.m.** The joint discovery/case management plan is due by January 11, 2013.

SIGNED on October 18, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge